[No. 10208-4-III.  Division Three.  November 27, 1990.]

SMITH–KEM ELLENSBURG, INC., *Respondent,* v. PASCO
TANK, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 87-2-00280-5, Michael W. Leavitt, J.,
entered July 23, 1989. *Affirmed in part* and *reversed in
part* by unpublished opinion per Thompson, J., concurred
in by Munson, C.J., and Green, J.


[No. 10020-1-III.  Division Three.  November 27, 1990.]

GLENN GILLSON, ET AL, *Respondents,* v. THE COUNTY
OF SPOKANE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-2-03525-0, Harold D. Clarke, J.,
entered April 24, 1989. *Affirmed in part* and *reversed in
part* by unpublished opinion per Munson, C.J., concurred
in by Green and Shields, JJ.


[No. 9870-2-III.  Division Three.  November 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. VIDAL TORRES
ESCAMILLA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-02042-1, Bruce P. Hanson, J.,
entered February 16, 1989. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields,
JJ.